PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $49,900.00 IN U.S. CURRENCY,<br><br>   Defendant. | 2:22-MC-00291-DAD-CKD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

  It is hereby stipulated by and between the United States of America and potential claimant April Medal ("claimant"), by and through their respective counsel, as follows:

  1. On or about June 30, 2022, claimant filed a claim in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately $49,900.00 in U.S. Currency (hereafter "defendant currency"), which was seized on April 21, 2022.

  2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

  3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is September 28, 2022.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to November 28, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to November 28, 2022.

Dated:  9/26/2022                             PHILLIP A. TALBERT
                                              United States Attorney

                                               /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
                                              Assistant U.S. Attorney


Dated:  9/26/2022                              /s/ Thomas Chapin
                                              THOMAS CHAPIN
                                              Attorney for potential claimant
                                              April Medal
                                              Law Offices of Thomas R. Chapin
                                              232 E. Grand Blvd., Suite 204
                                              Corona, CA 92879
                                              951-278-2919
                                              coronalaw@aol.com

                                              (Authorized by phone)

     IT IS SO ORDERED.

Dated:  **September 26, 2022**              ____Dale A. Drozd_____
                                              UNITED STATES DISTRICT JUDGE

2

Stipulation and Order to Extend Time